COM.

v.

**SHAW, R.**

**1235 WDA 2016**

Superior Court of Pennsylvania.

03/01/2017

CP–25–CR–0001316–2011

(Erie)

Vacated/Remanded

COM.

v.

**MYERS, H.**

**2020 EDA 2015**

Superior Court of Pennsylvania.

03/02/2017

CP–51–CR–0001048–2012

(Philadelphia)

Affirmed

**IN the INTEREST OF:**
**A.D., III, a Minor**

**1476 EDA 2016**

Superior Court of Pennsylvania.

3/2/2017

8 OCA 2016

(Monroe)

Affirmed

**IN the INTEREST OF:**
**T.M., Minor Child**

**1479 EDA 2016**

Superior Court of Pennsylvania.

3/2/2017

9 OCA 2016

(Monroe)

Affirmed

COM.

v.

**LOPEZ, H.**

**1077 MDA 2016**

Superior Court of Pennsylvania.

3/2/2017

CP–40–CR–0003429–2011

(Luzerne)

Affirmed